**James H. FRYE, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 2006–7373.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of James H. Frye's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

**Brian ENTENDENCIA, Plaintiff– Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5101.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

Brian Entendencia, pro se.

*ORDER*

Upon consideration of Brian Entendencia's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.